UST-32, 3-99
Gayle E. Mills, Chapter 7 Trustee
P.O. Box 36317
Tucson AZ 85740
(520) 792-1115
gaylemills@earthlink.net

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| FLORES, OLGA | Case No. 4: 09-bk-01615- BMW |
| Debtor | APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT |

Gayle E. Mills, Trustee, reports that the following dividend checks have been issued to the creditor at it's last-known address, but was returned by the U.S. Postal Service as "undeliverable." The checks were then sent to the creditor at it's headquarters address, but again, returned as "undeliverable."

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 113 | 6/2/2016 | LDG Financial Services<br>Box 8864<br>Fort Mills SC 29716-0864 | 818.00 |
| 126 | 6/2/2016 | LDG Financial Services<br>Box 8864<br>Fort Mills SC 29716-0864 | 29.02 |

Therefore, the Trustee asks that an Order be entered pursuant to Bankruptcy Rule 3011 and § 347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $847.02 to the Clerk of the Court to be deposited in the Registry thereof.

| July 7, 2016 | /s/  Gayle E. Mills |
|---|---|
| Date | Gayle E. Mills, Trustee |