UST-32, 3-99
Gayle E. Mills, Chapter 7 Trustee
P.O. Box 36317
Tucson AZ 85740
(520) 792-1115
gaylemills@earthlink.net

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| FLORES, OLGA | Case No. 4: 09-bk-01615- BMW |
| Debtor | APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT |

Gayle E. Mills, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 107 | 6/2/16 | Allied Interstate<br>3000 Corporate Exchange Dr<br>Columbus OH 43231 | $ 156.00 |
| 117 | 6/2/16 | United Recovery Systems<br>5800 N Course Dr<br>Houston TX 77072 | $ 23,196.00 |
| 118 | 6/2/16 | Wells Fargo<br>2501 Seaport Dr<br>Chester PA 19013 | $ 15,465.00 |
| 120 | 6/2/16 | Allied Interstate<br>3000 Corporate Exchange Dr<br>Columbus OH 43231 | $ 5.54 |
| 130 | 6/2/16 | United Recovery Systems<br>5800 N Course Dr<br>Houston TX 77072 | $ 823.03 |
| 131 | 6/2/16 | Wells Fargo<br>2501 Seaport Dr<br>Chester PA 19013 | $ 548.72 |
| | | **TOTAL** | $ 40,194.29 |

The Trustee asks that an Order be entered pursuant to Bankruptcy Rule 3011 and § 347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $40,194.29 to the Clerk of the Court to be deposited in the Registry thereof.

| September 1, 2016 | /s/ Gayle E. Mills |
|---|---|
| Date | Gayle E. Mills, Trustee |

Case 4:09-bk-01615-BMW    Doc 74    Filed 09/01/16    Entered 09/01/16 10:12:03    Desc
Main Document    Page 1 of 1