IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| FLORES, OLGA | Case No. 4: 09-bk-01615- BMW |
| Debtor | ORDER AUTHORIZING PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $40,194.29 to the Clerk of the Court pursuant to Bankruptcy Rule 3011 and § 347 of the Code.

DATED AND SIGNED ABOVE.

Submitted by:

Gayle E. Mills
Chapter 7 Trustee
P.O. Box 36317
Tucson AZ 85740
(520) 792-1115
gaylemills@earthlink.net